In re Powers.            *66 N. J. L.*

---

### IN MATTER OF THE APPLICATION OF GEORGE A. POWERS FOR A WRIT OF CERTIORARI.

Argued June, 1901—Decided July 15, 1901.

The action of a colonel of the national guard in dropping an enlisted man from the roll of his company involves neither the personal liberty or property of the individual, and one who enters the national guard must submit himself to military law, and, in such a case, must find his remedy by an appeal to the military tribunals.

---

On application for a *certiorari*.

Before Justices VAN SYCKEL and FORT.

For the prosecutor, *Beasley & Walker*.

*Contra, Barton B. Hutchinson.*

The opinion of the court was delivered by

VAN SYCKEL, J. Application is made for a writ of *certiorari* to review the action of Colonel Gillmore in dropping Powers from the roll of his company in the state militia.

Neither the personal liberty or the property of Powers is involved in this controversy.

Persons who enter the national guard submit themselves to military law, and in cases like the present must find their remedy by an appeal to the military tribunals.

If the supervision of the law courts could be invoked whenever we deemed the action of the military authorities harsh or inconsiderate or unjust, military discipline would be subverted. The application for a writ of *certiorari* is denied.